# STANLEY LAW OFFICES, LLP

ATTORNEYS AND COUNSELORS AT LAW
500 SOUTH SALINA STREET
SUITE 1020
SYRACUSE, NEW YORK 13202

PH: (315) 474-3742
FAX: (315) 471-1536
www.stanleylawoffices.com

BINGHAMTON, NEW YORK 13901
MONTROSE, PENNSYLVANIA 18801

WATERTOWN, NEW YORK 13601

JOSEPH P. STANLEY, ESQ.*†,††
Board Certified Civil Trial Advocate by
National Board Trial Advocacy

ROBERT A. QUATTROCCI, ESQ.†

KEITH R. YOUNG, ESQ.†
YANCI R. HERBOLDT, ESQ.

April 30, 2009

Hon. David E. Peebles—**VIA FACSIMILE & REGULAR MAIL—234-8501**
U.S. Magistrate Judge
U.S. District Court for the Northern District of NY
James Hanley Federal Building
100. S. Clinton Street
Syracuse, NY 13261

Re: State Farm Insurance Company a/s/o Attila Wenger vs. Hewlett Packer Co.
3:08-cv-472

Dear Magistrate Peebles:

I am writing in reference to the Mediation in the above referenced matter. The parties were not able to resolve the case at mediation but have begun meaningful settlement negotiations, however, I am going to keep the matter open for thirty (30) days to try to help the parties resolve the case amicably. Both parties have agreed to continue settlement negotiations and will contact me within the thirty (30) days for my opinion if necessary.

Thank you.

Very truly yours,
STANLEY LAW OFFICES

Joseph P. Stanley, Esq.

JPS/rmh
CC: Brianne M. Carbonaro, Esq.—**VIA FACSIMILE—472-8299**
Ali, Pappas & Cox, PC
614 James Street
Syracuse, New York 13203

Christopher G. Betke, Esq.—**VIA FACSIMILE—617-988-8050**
Coughlin Betke LLP
175 Federal Street
Boston, Massachusettes 02110

---

* The National Board of Trial Advocacy is not affiliated with any Governmental Authority. Certification is not a requirement for practice in the State of New York and does not necessarily indicate greater competence than other attorney's experienced in that field of law.
† Also admitted in Pennsylvania   †† Also admitted in Florida